DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SMART v. EQUITABLE LIFE INS. SOCIETY OF U.S.

No. 44P88.

Case below: 88 N.C. App. 312.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

STATE v. BATTLE

No. 4P88.

Case below: 87 N.C. App. 680.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

STATE v. HAYES

No. 105PA88.

Case below: 88 N.C. App. 749.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 24 March 1988. Petition by Attorney General for writ of supersedeas and temporary stay allowed 24 March 1988.

STATE v. NORCUTT

No. 71P88.

Case below: 88 N.C. App. 482.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

STATE v. PHILLIPS

No. 139PA88.

Case below: 88 N.C. App. 526.

Petition by Attorney General for writ of supersedeas allowed 6 April 1988. Petition by Attorney General for writ of certiorari to the North Carolina Court of Appeals allowed 6 April 1988.